No. 920.   Piskorz v. Ragen, Warden; and

No. 921.   Van Pelt v. Ragen, Warden.   February 3, 1947.   Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 913.   Finley v. Ragen, Warden.   On petition for writ of certiorari to the Criminal Court of Cook County, Illinois; and

No. 101, Misc.   Ex parte Finley.   February 3, 1947. The petition for writ of certiorari is denied.   The motion for leave to file petition for writ of habeas corpus is also denied.

No. 368.   Sioux Tribe of Indians v. United States. See ante, p. 684.

No. 497.   149 Madison Avenue Corp. et al. v. Asselta et al.   On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit.   December 9, 1946.   The petition for rehearing is granted.   The order entered October 28, 1946, denying certiorari, ante, p. 764, is vacated and the petition for writ of certiorari is granted. Walter Gordon Merritt, Robert R. Bruce and John J. Boyle for petitioners.   Wilbur Duberstein and Frederick E. Weinberg for respondents.